AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
APR 22 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK



| Frederick Omoyuma Silver | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:19-cv-00284-XR |
| Henry J. Bemporad et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The Recommendations of Magistrate Judge Farrer are ACCEPTED. Case is DISMISSED as frivolous and for failure to state a claim upon which relief may be granted. The Clerk shall issue a separate judgment pursuant to Rule 58.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Xavier Rodriguez

Date:  04/22/2019

CLERK OF COURT

_____ Amy Jackson
*Signature of Clerk or Deputy Clerk*